IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW O. MIXON,<br><br>                  Plaintiff,<br><br>vs.<br><br>OMAHA POLICE DEPARTMENT OFFICERS, on 09-07-2015; DOUGLAS COUNTY DEPT. OF CORRECTIONS, MEDICAL DEPARTMENT EMPLOYEES, JACQUELYN MORRISON, Douglas County Public Defenders Office; JULIE L. MEDINA, Douglas County Attorneys Office; and DOUGLAS COUNTY NEBRASKA, all as Defendants;<br><br>                  Defendants. | **8:17CV325**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on Plaintiff's Motion for an Extension of Time to pay court fees. ([Filing No. 16](#).) Plaintiff's Motion was received by the court on December 8, 2017, the same date on which the court entered an Order requiring Plaintiff to show cause why his case should not be dismissed for failure to pay the initial partial filing fee. ([Filing No. 14](#).) Given these circumstances and Plaintiff's stated reasons for requesting more time to pay, the court will grant Plaintiff's Motion for an Extension of Time.[1] Accordingly,

---

[1] The court notes that Plaintiff has another pending civil case in this court in which he sought and was given additional time to pay the initial partial filing fee. *See Mixon v. Douglas County Department of Corrections*, Case No. 8:17-cv-370-RGK-PRSE.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for an Extension of Time ([Filing No. 16](#)) is granted. Plaintiff shall have until January 8, 2018 to pay the initial partial filing fee.

2. The clerk's office is directed to set a pro se case management deadline using the following text: **January 8, 2018**: initial partial filing fee due.

Dated this 13th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge