IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW O. MIXON,<br><br>                Plaintiff,<br><br>vs.<br><br>OMAHA POLICE DEPARTMENT OFFICERS, on 09-07-2015; DOUGLAS COUNTY DEPT. OF CORRECTIONS, MEDICAL DEPARTMENT EMPLOYEES, JACQUELYN MORRISON, Douglas County Public Defenders Office; JULIE L. MEDINA, Douglas County Attorneys Office; and DOUGLAS COUNTY NEBRASKA, all as Defendants;<br><br>                Defendants. | **8:17CV325**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on Plaintiff's response ([filing no. 26](#)) to the show cause order entered on March 6, 2018, regarding Plaintiff's failure to pay his initial partial filing fee by the March 2, 2018 deadline. For good cause shown, the court will give Plaintiff until May 9, 2018, to pay his initial partial filing fee of $11.40. No further extensions will be granted absent good cause. Accordingly,

      IT IS ORDERED that Plaintiff will have until May 9, 2018, to pay his initial partial filing fee of $11.40. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **May 9, 2018**: initial partial filing fee payment due.

Dated this 9th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge