IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW O. MIXON,<br><br>                Plaintiff,<br><br>    vs.<br><br>MD JACQUELINE ESCH, in her individual capacity; and SANDRA VANSANT, in her individual capacity;<br><br>                Defendants. | **8:17CV325**<br><br>**MEMORANDUM AND ORDER** |

      Plaintiff, who advised he is no longer incarcerated, filed a Motion for Leave to Proceed in Forma Pauperis. ([Filing 56](#).) Upon review of Plaintiff's motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

      IT IS THEREFORE ORDERED that:

      1.     Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner.

      2.     The clerk of the court is directed to update the court's records to reflect Plaintiff is no longer liable for the remaining balance of the filing fee.

      3.     Pursuant to General Order No. 2020-01 ¶ 6, because the court has entered an order directing service of process and no plaintiff in the case is incarcerated, this case is removed from the pro se docket. The Clerk of Court shall randomly assign new judges to this case and request a reassignment order from the Chief Judge.

Dated this 25th day of June, 2020.

                                              BY THE COURT:

                                              *Richard G. Kopf*

                                              Richard G. Kopf
                                              Senior United States District Judge